# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| SANDRA D. STALLINGS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:17-CV-516-DCP |
| ) | |
| ANDREW M. SAUL, ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Having received the joint stipulation [Doc. 25] of the parties in the matter pending now before the Court and upon review of the record, **IT IS HEREBY ORDERED** that attorney fees in the amount of $4,674.00 and expenses in the amount of $24.00 be paid to Plaintiff under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d). In accordance with *Astrue v. Ratliff*, 560 U.S. 586 (2010), the EAJA fee is payable to Plaintiff as the litigant and may be subject to offset to satisfy a pre-existing debt that the litigant owes to the United States. The parties have agreed that Plaintiff has assigned any award of legal fees to her attorneys. If Plaintiff owes no debt to the United States, the payment of EAJA fees can be made to Plaintiff's attorney per the assignment.

Plaintiff's Motion for Attorney Fees Under the EAJA [**Doc. 22**] is hereby **DISMISSED WITH PREJUDICE** pursuant to the Stipulation to EAJA Fees [Doc. 25], incorporated herein by reference.

ENTER:

*Debra C. Poplin*
Debra C. Poplin
United States Magistrate Judge